141 So.2d 208

Henry POGOLICK

v.

STATE.

3 Div. 6.

Supreme Court of Alabama.

May 10, 1962.

Certiorari to Court of Appeals.

Henry Pogolick pro se.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Henry Pogolick for certiorari to the Court of Appeals to review and revise the judgment and decision in Pogolick v. State, 141 So.2d 206 (3 Div. 100).

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

---

143 So.2d 848

Ex parte Roger F. RICE.

In re Roger F. RICE, as qualified voter,

v.

Bettye FRINK, Secretary of State, and Sam Engelhardt, Chairman, State Democratic Executive Committee.

3 Div. 11.

Supreme Court of Alabama.

May 9, 1962.

Petition for mandamus to Eugene W. Carter, Judge, Circuit Court, Montgomery County to review a decree in a proceeding in equity to enjoin calling of primary election until reapportionment of legislature, and for reapportionment by court, as follows: "Upon presentation of this matter to the Court, and after due consideration, the Court is of the opinion that this matter is a legislative function, and that the Court has no jurisdiction, therefore the bill of complaint is hereby dismissed."

---

Roger F. Rice, pro se.

PER CURIAM.

Petition denied without opinion.

SIMPSON, GOODWYN, MERRILL and COLEMAN, JJ., concur.